In the Matter of the Claim of PAUL BAUER, Respondent, v. 590 WEST END COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. — REYNOLDS, J.

1152

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.